THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Brian Hampton Hudson,        Appellant.
 
 
 

Appeal From Richland County
G. Thomas Cooper, Jr., Circuit Court Judge

Unpublished Opinion No. 
2005-UP-525
Submitted August 1, 2005  Filed September 15, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender
 Tara S. Taggart, of Columbia, for Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott, and Solicitor
 Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Brian Hudson
appeals his convictions for assault with intent to kill, discharging a firearm
into a dwelling, and possession of a pistol by a person under the age of
twenty-one.  He argues the trial judge should have directed a verdict
because there was insufficient evidence of guilt.  Counsel for Hudson
attached to the final brief a petition to be relieved as counsel.  Hudson
did not file a separate pro se response.
After a review of the record as
required by Anders v. California, 386 U.S. 738 (1967), and State v.
Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly
appealable issues that are arguable on their merits.  Accordingly, we
dismiss Hudsons appeal and grant
counsels petition to be relieved.
APPEAL DISMISSED. [1]
HEARN, C.J., and STILWELL and
KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.